UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

KEITH PETERSON, *Individually, and on behalf of a class of all persons and entities similarly situated,*

Plaintiff,

v.

REPUBLIC SERVICES OF KENTUCKY, LLC,

Defendant.

Case No.: 3:26-cv-00021-REW

***Electronically Filed***

**ORDER**

This matter comes before the Court on the motion of Defendant Republic Services of Kentucky, LLC ("Republic") to bifurcate discovery into two phases. In Phase I, discovery would be limited to the merits of Plaintiff's individual claims and facts relevant to whether a class can be certified under Federal Rule of Civil Procedure 23. All discovery into the merits of specific absent class members' individual claims would be deferred to Phase II, to proceed only if and after the Court certifies a class. Having considered the parties' arguments, and being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Defendant Republic's Motion to Bifurcate Discovery is **GRANTED**.

2. The deadlines for Phase I of discovery are as follows:

   - Completion of Phase I Fact Discovery: **September 4, 2026**
   - Phase I Expert Disclosures (Proponent): **October 2, 2026**
   - Phase I Expert Disclosures (Respondent): **November 2, 2026**
   - Completion of Phase I Expert Depositions: **December 2, 2026**

- Class Certification Motion: **January 15, 2027**
- Opposition to Class Certification**: February 26, 2027**
- Reply in Support of Class Certification: **March 19, 2027**