UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

| | |
|---|---|
| KEITH PETERSON, *Individually, and on behalf of a class of all persons and entities similarly situated,* Plaintiff, v. REPUBLIC SERVICES OF KENTUCKY, LLC, Defendant. | Case No.: 3:26-cv-00021-REW ***Electronically Filed*** |

**DECLARATION OF TIM WARD IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

1. I, Tim Ward, declare as follows. I am over the age of eighteen (18) and am competent to testify to the matters set forth herein. I make this declaration based on my personal knowledge, my review of the business records of Defendant Republic Services of Kentucky LLC ("Republic" or "Defendant"), and information provided to me by other Republic personnel in the course of my duties. If called upon to testify, I could and would competently testify to the matters set forth in this declaration.

2. I am employed by Republic as General Manager of the Business Unit that serviced the customer at issue in this case. I have held this position since May 25, 2020, and in that role, I am responsible for, and familiar with Republic's customer account management, collections practices, and the recordkeeping systems described below.

3. Republic is a provider of waste and recycling collection services to residential and commercial customers, primarily in Kentucky. As part of its business, Republic maintains active customer accounts and, where necessary, contacts customers regarding the status of their accounts,

including past-due balances. Separately, Republic also sends service-interruption notifications to some customers.

4. Republic has over 100,000 current customers.

5. Republic has either made or caused to be made via third-party vendor over 4 million calls using automated voice messages since November of 2021.

6. Republic does not knowingly direct that automated voice messages (which are placed to alert customers either to past due accounts or about service interruptions) be placed to anyone other than its own customers or former customers. If a call reaches someone other than the intended customer, it would be the result of a mistake.

I declare under penalty of perjury under the laws of the United States of Amer
foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 16, 2026, at Orlando

Signed by:
5722CD1979A14AC...

Tim Ward
General Manager, Business Unit
Republic Services of Kentucky LLC