UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

KEITH PETERSON, *Individually, and on behalf of a class of all persons and entities similarly situated*,

Plaintiff,

v.

REPUBLIC SERVICES OF KENTUCKY, LLC,

Defendant.

Case No.: 3:26-cv-00021-REW

***Electronically Filed***

**DECLARATION OF DARCI MADDEN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

1. I, Darci F. Madden, declare as follows. I am over the age of eighteen (18) and am competent to testify to the matters set forth herein. I make this declaration based on my personal knowledge.

2. I am counsel of record for Defendant Republic Services of Kentucky, LLC ("Republic").

3. On October 9, 2026, I caused to be conducted searches of several popular reverse telephone number lookout databases, using the telephone number (502) 487-7142.

4. Attached as Exhibit A is a true and accurate copy of the result of the search obtained from idiCORE, which has been redacted to omit personally identifiable information.

5. Attached as Exhibit B is a true and accurate copy of the result of the search obtained from Lexis/Nexis, which has been redacted to omit personally identifiable information.

6. Attached as Exhibit C is a true and accurate copy of the result of the search obtained from TransUnion, which has been redacted to omit personally identifiable information

# MADDEN DECLARATION

# EXHIBIT A

idiCORE

**Expanded Person Search**

**Phone Number:** [redacted]7142 **Reference ID:** [redacted]madden

4 result(s).

**BERTA MAE PETERSON SMITH**

*show alias (14)*

**SSN:** [redacted]

*Issued in Texas, 1953*

**DOB:** [redacted] (88)

*show other seen DOB (2)*

**DL:** [redacted]

*State: KY Last Seen: 2018*

*show more driver licenses*

**Likely Current Address:** [redacted] (SHELBY) (01/01/2010-Current)

**Last Seen Email Address:** [redacted]@ATT.NET

[redacted]

**Address (County/Parish/Borough) History:**

[redacted]

*hide addresses (10)*

**Phone (Last Seen)**

C: [redacted]7142 (04/20/2026)

[redacted]

**Likely relatives and associates**

New categories added to expand on relatives and associates.

Switch back to simple view

[redacted]

Outlook Bertaps

Show less

**Possible Email Addresses:** (Last Seen)

[redacted]

**Possible IP Addresses:**

[redacted]

*hide more (4)*

(Y) (Y) (Y)

IMPORTANT: Due to varying quality of source data, records displayed may not pertain to your subject. Independent verification of data displayed is highly recommended.

[redacted]

[redacted]

**DARYL KEITH PETERSON**
*show alias (7)*
**SSN:** [redacted]
*Issued in California, 1972*
**DOB:** [redacted] (66)
*show other seen DOB (2)*
**DL:** [redacted]
*State: KY Last Seen: 2000*

**Likely Current Address:** [redacted] (SHELBY) (01/01/2010-Current)
**Last Seen Email Address:** [redacted]@ATT.NET
[redacted]

**Address (County/Parish/Borough) History:**
[redacted]

**Phone (Last Seen)**
[redacted]
C: [redacted]7142 (04/02/2026)
[redacted]

**Likely relatives and associates**
[redacted]

[redacted]

**Possible Email Addresses:** (Last Seen)
[redacted]@ATT.NET(04/19/2025)

**Possible IP Addresses:**
[redacted]
*hide more (2)*

(Y) (Y)

[redacted]

[redacted]

**SAVANNAH BROOKE WHEATLEY**
SAVANNAH BROOKE HICKS
SAVANNAH WHEATLY
SAVANNAH WHEATELY
SUZANNE DOSS
*hide alias (4)*
**SSN:** [redacted]
*Issued in Kentucky, 1989-1992*
**DOB:** [redacted] (35)
*show other seen DOB (1)*

**Likely Current Address:** [redacted] (ANDERSON) (07/01/2018-Current)
**Last Seen Email Address:** [redacted]@HOTMAIL.COM
[redacted]

**Address (County/Parish/Borough) History:**
[redacted]

**Phone (Last Seen)**
[redacted]
C: [redacted]7142 (07/18/2025)
[redacted]

[redacted]

[redacted]

[redacted]

(Y) (Y)

[redacted]

[redacted]

**TYRONE L CARDWELL**
LEQUINN CARDWELL
TYRONE LEQUINN
TYRONE LOVING
TYRON CARDWELL
TYRONE CALDWELL
*hide alias (5)*
**SSN:** [redacted]
*Issued in Kentucky, 1982*
*show other seen SSN (1)*
**DOB:** [redacted] (44)
*show other seen DOB (2)*
**DL:** [redacted]
*State: KY Last Seen: 2018*

**Likely Current Address:** [redacted] (FRANKLIN) (12/01/2025-Current)
**Last Seen Email Address:** [redacted]@GMAIL.COM
[redacted]

**Address (County/Parish/Borough) History:**
[redacted]

**Phone (Last Seen)**
[redacted]
C: [redacted]7142 (03/01/2025)

[redacted]

[redacted]

[redacted]

(Y) (Y)

IMPORTANT: Due to varying quality of source data, records displayed may not pertain to your subject. Independent verification of data displayed is highly recommended.

Criminal/Infraction results from a Person Search may be limited due to strict matching logic. For broader results, a separate Criminal/Infraction Search is highly recommended.

**Category:** CRIMINAL/INFRACTIONS

[redacted]

[redacted]

[redacted]

[redacted]

Interactive Data, LLC ("IDI") is not a "consumer reporting agency" and its services do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") or similar state statutes. Accordingly, IDI services may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment, or for any other eligibility purpose permitted by the FCRA.

© 2026 Interactive Data, LLC. All rights reserved.

# MADDEN DECLARATION

# EXHIBIT B

**1 OF 1 RECORD(S)**

## LexisNexis® Phone Finder Report Ultimate

**Report Created:**10/09/2026 21:41:32 | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2026 LexisNexis, All rights reserved.
**Search Terms:** ([redacted]7142) state: **ALL** phonefinderoption: **Ultimate**

## Phone Risk Indicator ✓ PASS

## Primary Phone Number Summary

| Primary Phone Number | Phone Type | Listing Type | Status | Caller ID |
|---|---|---|---|---|
| [redacted]7142<br>Number of times OTP: 0 LexisNexis | Possible Wireless | Residential | Active | Peterson Daryl |

| Carrier | Carrier City/State | Ported | Spoofed |
|---|---|---|---|
| TMOBILE | | Number of times ported: **1**<br>Last Ported Date:<br>**Note:**Displaying 0 out of 1 | Not Spoofed |

## Primary Subject Information

| Name | Address |
|---|---|
| **Peterson-Smith, Berta Mae**<br>First Seen with Phone: **04/2026**<br>Last Seen with Phone: **04/2026**<br>Time with Phone: **0 Months**<br>Time Since Last Seen with Phone: **5 Months**<br>LexID(R): [redacted] | [redacted] |
| **Wheatley, Joseph William**<br>First Seen with Phone: **10/2021**<br>Last Seen with Phone: **09/2022**<br>Time with Phone: **10 Months**<br>Time Since Last Seen with Phone: **49 Months**<br>LexID(R): [redacted] | |
| **Peterson, Daryl**<br>First Seen with Phone: **04/2026**<br>Last Seen with Phone: **04/2026**<br>Time with Phone: **0 Months**<br>Time Since Last Seen with Phone: **6 Months** | |

## Primary Phone Details

| Subject | Data |
|---|---|
| Listing Name | Peterson Daryl |

**Key**

High Risk Indicator. These symbols may prompt you to investigate further.

No Contract Carrier

Phone Forwarded

Carrier Verified

**Important:**The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**FCRA:**The data provided to you by use of this product may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment or other purposes identified under the Fair Credit Reporting Act (FCRA).

**Your DPPA Permissible Use:**Litigation

**Your Secondary DPPA Permissible Use:**None

**Your GLBA Permissible Use:**Persons with a Legal or Beneficial Interest Regarding a Consumer

Report Created: 10-9-2026 9:41 PM EST | Copyright 2026 LexisNexis, All rights reserved.

---

**End of Document**

# MADDEN DECLARATION

# EXHIBIT C

**10 Results Found** for people with Phone Number [redacted]**7142**.

Subject 1 of 10 :
**[redacted]7142 - PETERSON, DARYL K (Kentucky)**

Score: **86% Likely Active**
**DARYL K PETERSON**
Phone:[redacted]**7142 - PETERSON, DARYL K (03/17/2026 to 09/01/2026)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **86**

Address: [redacted]

Subject 2 of 10 :
**[redacted]7142 - PETERSON, KEITH (Kentucky)**

Score: **86% Likely Active**
**KEITH PETERSON**
Phone:[redacted]**7142 - PETERSON, KEITH (04/09/2026)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **86**

Address: [redacted]

Subject 3 of 10 :
**[redacted]7142 - CARDWELL, TYRONE (Kentucky)**

Score: **66%**
**TYRONE CARDWELL**
Phone:[redacted]**7142 - CARDWELL, TYRONE**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **66**

Address: [redacted]

Subject 4 of 10 :
**[redacted]7142 - CARDWELL, TYRONE LEQUINNE (Kentucky)**

Score: **66%**
**TYRONE LEQUINNE CARDWELL**
Phone:**[redacted]7142 - CARDWELL, TYRONE LEQUINNE (10/07/2017)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **66**

Address: [redacted]

Subject 5 of 10 :
**[redacted]7142 - HICKS, SAVANNAH**

Score: **66%**
**SAVANNAH HICKS**
Phone:**[redacted]7142 - HICKS, SAVANNAH (11/23/2021 to 09/01/2026)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **66**

Subject 6 of 10 :
**[redacted]7142 - HICKS, SAVANNAH (Kentucky)**

Score: **66%**
**SAVANNAH HICKS**
Phone:**[redacted]7142 - HICKS, SAVANNAH (11/23/2021)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**

Address: [redacted]

County: **SHELBY**
Score: **66**

Subject 7 of 10 :
**[redacted]7142 - WHEATLEY, JOSEPH W**

Score: **66%**
**JOSEPH W WHEATLEY**
Phone:[redacted]**7142 - WHEATLEY, JOSEPH W (10/06/2021 to 09/01/2026)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **66**

Subject 8 of 10 :
**[redacted]7142 - WHEATLEY, JOSEPH (Kentucky)**

Score: **66%**
**JOSEPH WHEATLEY**
Phone:[redacted]**7142 - WHEATLEY, JOSEPH (10/06/2021)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **66**

Address: [redacted]

Subject 9 of 10 :
**[redacted]7142 - PETERSON SMITH, BERTA M**

Score: **39%** - **Likely Historical**
**BERTA M PETERSON SMITH**
Phone:[redacted]**7142 - PETERSON SMITH, BERTA M (03/17/2026 to 09/01/2026)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**

City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **39**

Subject 10 of 10 :
**[redacted]7142 - CARDWELL, TYRONE LEQUINNE (Kentucky)**

Score: **3% - Likely Historical**
**TYRONE LEQUINNE CARDWELL**
Phone:[redacted]**7142 - CARDWELL, TYRONE LEQUINNE (10/07/2017)**
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **SHELBYVILLE**
State: **KY**
County: **SHELBY**
Score: **3**

Address: [redacted]

# MADDEN DECLARATION

# EXHIBIT D

## Person Phone Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 07/15/2026 |
| **Database Last Updated:** | 08/07/2026 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 10/08/2026 |
| **Source:** | 0 |

### Address Information

| | |
|---|---|
| **Address:** | SHELBYVILLE, KY 40065 |
| **Address Type:** | UNKNOWN |

### Phone Information

| | |
|---|---|
| **Phone Number:** | [redacted]7142 |
| **Phone Type:** | WIRELESS |
| **Record Type:** | RESIDENTIAL |
| **First Reported:** | 04/02/2026 |
| **Last Reported:** | 04/02/2026 |
| **Original Service Provider:** | T-MOBILE USA, INC. |
| **Name:** | DARYL PETERSON |
| **Telephone Confidence Description:** | PRIVATE NUMBER VALIDATED WITHIN PAST 12-18 MONTHS |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

# MADDEN DECLARATION

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT FRANKFORT**

| | |
|---|---|
| **KEITH PETERSON**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>v.<br><br>**REPUBLIC SERVICES OF KENTUCKY LLC,**<br><br>Defendant. | Case No. 3:26-cv-00021-REW-EBA<br><br>Honorable Judge Robert E. Wier |

**PLAINTIFF KEITH PETERSON'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Republic Services of Kentucky, LLC ("Republic Services") hereby propounds the following First Set of Interrogatories ("Interrogatories") to Plaintiff Keith Peterson ("Peterson" or "Plaintiff") to be answered, in writing, under oath, and served on undersigned counsel within the time limits set by the Federal Rules of Civil Procedure.

The following Interrogatories shall be deemed to continue from the time of service until the time of the trial of the case so that information sought which comes to the knowledge of Plaintiff, his representatives, or attorneys after answers to these Interrogatories have been submitted shall be supplemented under oath and transmitted to the undersigned.

**PRELIMINARY STATEMENT**

Plaintiff has not completed his investigation into the facts of this case, and the responses and objections provided below are thus based on information presently known to Plaintiff, who reserves the right to introduce at trial information subsequently obtained through investigation

4. To the extent you assert any privilege to any information requested and refuse to provide such information based on that privilege, please produce an itemized privilege log of all information withheld at the time the response to the Interrogatory is served. The log should include (i) the privilege(s) asserted; (ii) a description of the general subject matter of the information withheld on the grounds of privilege; (iii) all authors; (iv) all recipients; and (v) the date the information was created.

5. If you find any Interrogatory or any term used in an Interrogatory to be vague, ambiguous, subject to varying interpretations, or unclear, state what portion of the Interrogatory or term you find to be vague, ambiguous, subject to varying interpretations, or unclear, and state the construction employed by you in responding to the Interrogatory. Words or phrases not defined herein shall have their ordinary and customary meaning.

6. The use of the singular form of any word includes the plural and vice versa.

7. All capitalized terms used but not defined herein are as defined in the Complaint.

8. These Interrogatories are continuing in nature and should you, your counsel, or anyone representing your interest learn of or obtain any additional information after submitting your answers, you are obligated to immediately supplement the earlier answer under oath and transmit it to the undersigned.

9. Unless otherwise specified in a particular Interrogatory, each Interrogatory covers the period from May 1, 2025, through the date of Plaintiff's responses to these Interrogatories.

**PLAINTIFF'S ANSWERS TO INTERROGATORIES**

**INTERROGATORY NO. 1:** State Your full legal name, all names You have used or been known by (including aliases), Your current residential address, all addresses at which You have resided during the past five (5) years, Your date of birth, and Your Social Security number (last four

digits only).

**OBJECTION**: Plaintiff objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of the case, as it is not reasonably limited by relevance and seeks extensive personal identifying information, including Plaintiff's current and prior residential addresses and Social Security number. See Fed. R. Civ. P. 26(b)(1). Plaintiff further objects to this Interrogatory as invasive, harassing, and disproportionate to the extent it seeks personal, private, confidential, or sensitive information, including Plaintiff's Social Security number and other personally identifiable information unrelated to the claims at issue, where Plaintiff's privacy interests outweigh any minimal relevance. See Fed. R. Civ. P. 26(b)(1).

**ANSWER: Subject to and without waiving the foregoing objections, Plaintiff states his full legal name is Daryl Keith Peterson. Plaintiff resides at [redacted], and has resided there for at least the past five years.**

**INTERROGATORY NO. 2:** Describe Your current and past employment for the past five (5) years, including for each position: (a) the name and address of the employer; (b) Your job title and duties; and (c) Your dates of employment.

**OBJECTION**: Plaintiff objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of the case, as it is not reasonably limited by relevance and seeks extensive personal identifying information, including Plaintiff's current and past employment history. See Fed. R. Civ. P. 26(b)(1). Plaintiff further objects to this Interrogatory as invasive, harassing, and disproportionate to the extent it seeks personal, private, confidential, or sensitive information, including Plaintiff's employment history and other personally identifiable information unrelated to the claims at issue, where Plaintiff's privacy interests outweigh any minimal relevance. See Fed. R. Civ. P. 26(b)(1).

**PLAINTIFF VERIFICATION**

I, Keith Peterson, state that I am the Plaintiff in this matter; I have read the within and foregoing document, know the contents thereof, and believe the same to be true and correct.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Signed at _[redacted]____, __[redacted]_, on the 08____________ day of 26________________, 2026.

By:__________ Signed by: Keith Peterson 2C57724E001745D...

Keith Peterson

**CERTIFICATE OF SERVICE**

I, Anthony I. Paronich, hereby certify that on August 28, 2026, I caused the foregoing to be transmitted by email to the following:

Darci F. Madden (*pro hac vice to be submitted*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
darci.madden@bclplaw.com

Janessa Ella Jean Jacques (*pro hac vice* pending)
**STITES & HARBISON PLLC**
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
janessa.jeanjacques@bclplaw.com

Daniel E. Danford
**STITES & HARBISON PLLC**
250 West Main Street, Suite 2300
Lexington, Kentucky 40507-1758
ddanford@stites.com

*Counsel for Defendant*
*Republic Services of Kentucky LLC*

DATED this 28th day of August, 2026.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich *(pro hac vice)*
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 617-485-0018
Facsimile: 508-318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff Keith Peterson*
*and the Putative Class*