UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

| | |
|---|---|
| KEITH PETERSON, *Individually, and on behalf of a class of all persons and entities similarly situated,* | |
| Plaintiff, | Case No.: 3:26-cv-00021-REW |
| v. | ***Electronically Filed*** |
| REPUBLIC SERVICES OF KENTUCKY, LLC, | |
| Defendant. | |

**ORDER**

Having reviewed Plaintiff's motion to compel and Defendant's response, and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion is DENIED in light of the Court's recent order bifurcating discovery (Dkt. 53).